IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RLI INSURANCE COMPANY                                          PLAINTIFF

VS.                                           CIVIL ACTION NO. 4:04cv11 TSL-LRA

TERRY W. GADDIS, et al.                                       DEFENDANTS

## MINUTE ENTRY ORDER

In view of the fact that defendant Terry W. Gaddis has filed for bankruptcy, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED this the 14th day of September, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE