```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

RLI INSURANCE COMPANY                                   PLAINTIFF

VS.                              CIVIL ACTION NO. 4:04CV11TSL-LRA

TERRYMARK CONSTRUCTION CO., INC., ET AL.               DEFENDANTS

### JUDGMENT

Pursuant to the memorandum opinion and order issued this day, it is hereby ORDERED AND ADJUDGED that judgment be entered against defendant Kathy Gaddis in favor of plaintiff RLI in the amount of $586,494.88.  It is further ordered that defendant Terry W. Gaddis is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 20th day of November, 2007.

```
                    s/Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE
```